DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD J. PUDLAK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2909

_____

April 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Edward J. Pudlak, pro se.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.